UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIANT MERCHANDISING, | ) | |
| | ) | 1:07-CV-0399 OWW GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| | ) | |
| JANE DOES 1-100, et.al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 18, 2007**          /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

1