Cara Burns (SBN: 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street  Suite 300
Santa Monica, California  90405
Telephone:   (310) 314-1721
Facsimile:    (310) 314-1725
cburns@hmkblawyers.com

Attorneys for Plaintiff,
Giant Merchandising

FILED

DEC 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANT MERCHANDISING,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,<br><br>    Defendants. | Case No. CV 07: 399 OWW<br><br>REQUEST FOR EXONERATION OF BOND AND DISPOSITION OF SEIZED MATERIALS, ORDER THEREON |

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

IT IS HEREBY:

ORDERED, that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

ORDERED, that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: December 19, 2007
At: 11:20 a.m.

_____
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE